# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>JEFFREY PAUL MADISON<br>*Defendant* | )<br>)<br>)<br>)  Case No.   4:22-CR-034-O (01)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information   ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition   ☐ Violation Notice      ☐ Order of Court

| Place: | United States Courthouse<br>501 W. 10th Street<br>Fort Worth, Texas  76102 | Courtroom No.: | 508 |
|---|---|---|---|
| | | Date and Time: | 02/15/2022 2:00 pm |

This offense is briefly described as follows:
Conspiracy to pay and receive health care kickbacks


****DEFENDANT TO REPORT THE 2nd  Floor US MARSHAL NO LATER THAN 9:00 AM ON February 15th

****ATTORNEYS AND DEFENDANT TO REPORT TO THE 5TH FLOOR COURTROOM NO LATER THAN 1:30 PM On February 15th

Date: 02/10/2022

*Issuing officer's signature*

Jeffrey L. Cureton, United States Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted


Date: _____

*Server's signature*

*Printed name and title*

Case No. 4:22-CR-034-O (01)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____.

❐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____; or

❐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❐ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: